UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
IN RE:                                                                      CASE NO.: 18-77193-reg

Deirdre Ventura,                                                     CHAPTER 11

                                        Debtor.            Hon. Robert E. Grossman
-------------------------------------------------------x

**ORDER SHORTENING NOTICE AND SCHEDULING HEARING ON
MOTION PROHIBITING DEBTOR'S USE OF CASH COLLATERAL AND
IMMEDIATE TURNOVEROF ALL PROCEEDS TO THE DEBTOR'S DEBTOR
IN POSSESION ACCOUNT, RELIEF FROM THE AUTOMATIC STAY OR
<u>ALTERNATIVELY ADEQUATE PROTECTION PAYMENTS</u>**

Upon the affirmation of Karen Sheehan, Esq. ("Movant"), counsel for Secured Creditor,

U.S. Bank National Association, as Indentured Trustee on Behalf of and with Respect to Ajax

Mortgage Loan Trust 2015-B, Mortgage-Backed Notes, Series 2015-B, dated November 12,

2018, seeking entry of an order shortening notice pursuant to Local Bankruptcy Rule 9077-1(c);

and after due deliberation and cause appearing therefore; it is hereby

**ORDERED**, that a hearing to consider the relief sought in the Motion Prohibiting

Debtor's use of Cash Collateral and Immediate Turnover of all Proceeds to the Debtor's Debtor

in Possession Account, and relief from the automatic stay or alternatively adequate protection

payments ("Motion") shall be held before the Honorable Robert E. Grossman on **November 26,**

**2018  at 1:30 p.m.**, in Courtroom 860, United States Bankruptcy Court for the Eastern District of

New York, 290 Federal Plaza, Central Islip, New York 11722 (the "Hearing"); and it is further

**ORDERED,** that on or before November 13, 2018 the Movant shall serve a copy of this

Order, together with the Motion and all exhibits thereto, via **overnight mail <u>and </u>email or**

**facsimile**, if known, upon (i) the Debtor; (ii) the Debtor's attorney, Sarah M. Keenan, Esq.; (iii)

Office of the United States Trustee; (iv) any party that has filed a notice of appearance in this case; and (v) any other party in interest; and it is further

       **ORDERED**, that Movant file an affidavit of service thereof by November 14, 2018; and it is further

       **ORDERED**, that objections, if any, to the relief requested in the Motion shall be filed with the Court on or before November 19, 2018.

**Dated: Central Islip, New York**
     **November 13, 2018**

          **Robert E. Grossman**
        **United States Bankruptcy Judge**